# Court of Appeals
# of the State of Georgia

ATLANTA,___March 12, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A1120.  IN RE: ESTATE OF DORIS JOHNSON CALDWELL.**

Lula Bryant filed a petition to probate the will of Doris Johnson Caldwell. Bryant appeals from the probate court's final judgment, which concluded that the will was invalid.

The Georgia Supreme Court, however, has jurisdiction over appeals in cases involving wills.  Ga. Const. 1983, Art. VI, Sec. VI, Para. III. The Supreme Court has explained that "'all cases involving wills' means those cases in which the will's validity or meaning is in question." *In re: Estate of Gwendolyn H. Lott*, 251 Ga. 461 (306 SE2d 920) (1983).  Because this case concerns the validity of the will, the Supreme Court has jurisdiction, and this appeal is hereby TRANSFERRED to that court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/12/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*